**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**LEE BAKER,
ADC #550939**                                                                                    **PLAINTIFF**

**V.**                                         **CASE NO. 5:16-CV-279-JLH-BD**

**DAVID JAMES, et al.**                                                            **DEFENDANTS**

**ORDER**

Lee Baker, an Arkansas Department of Correction ("ADC") inmate, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983.  (Docket entry #2)  Because his original complaint was deficient, the Court gave Mr. Baker an opportunity to amend his complaint.  (#5)  Mr. Baker has now filed his amended complaint.  (#6)

Based on the allegations in his original and amended complaints, Mr. Baker has stated deliberate-indifference claims against Defendants James, Powell, and Trantaham. In addition, he has stated retaliation claims against Defendants James and Trantaham. Service is now proper for those Defendants.

The Clerk is directed to prepare summonses for Defendants James, Powell, and Trantaham.  The United States Marshal is directed to serve copies of the complaint and amended complaint, with any attachments (#2, #6), and summonses for these Defendants, without requiring prepayment of fees and costs or security.  Service for these Defendants should be through the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

In his amended complaint, Mr. Baker requests that Defendants Griffin and the ADC be dismissed from this lawsuit.  (#6 at p.2)  That request is granted, and the Clerk is instructed to terminate Defendant Griffin and the ADC as party Defendants.

IT IS SO ORDERED, this 26th day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE