# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**LEE BAKER, ADC #550939**                                                                                    **PLAINTIFF**

**v.**                                        **NO. 5:16CV00279-JLH-BD**

**DAVID JAMES, et al.**                                                                                       **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The defendants' motion to dismiss (Document #12) is GRANTED in part and DENIED in part. Baker's deliberate-indifference claim is DISMISSED without prejudice, and the Clerk is instructed to terminate defendant Powell as a party defendant. Baker may proceed on his retaliation claims against defendants Trantaham and James.

IT IS SO ORDERED this 8th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE